# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CUTTING EDGE TREE** | : | |
| **PROFESSIONALS, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM FIRE CLAIMS COMPANY** | : | |
| and **APRIL GRANT,** | : | |
| *Defendants*. | : | NO. 23-cv-3197 |

## ORDER

**AND NOW**, this **12th day of September 2023,** upon consideration of Plaintiff Cutting Edge Tree Professionals, LLC's Motion to Remand and for Costs, Attorney's Fees, and Sanctions Pursuant to 28 U.S.C. § 1447(c) (ECF No. 6) and Defendants' Response in Opposition (ECF No. 11), for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Plaintiff's Motion (ECF No. 6) is **DENIED**.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**