# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CUTTING EDGE TREE PROFESSIONALS, LLC,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM FIRE CLAIMS COMPANY,** | : | |
| *Defendant.* | : | No. 23-cv-3197 |

## ORDER

**AND NOW,** this **28th** day of **October 2024**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 50) and all exhibits thereto, Plaintiff's Response (ECF No. 51) and all exhibits thereto, Defendant's Reply (ECF No. 52) and all exhibits thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED.** The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**